IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00018-FDW
(3-12-cr-00188-FDW-21)

| | |
|---|---|
| FRANKLIN ROBBS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on consideration of the Government's response in opposition to Petitioner's pro se motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Petitioner is notified that he may file a reply to the Government's response and that he may do so within 21-days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have 21-days from entry of this Order to file a reply to the Government's response in opposition to his § 2255 motion.

**IT IS SO ORDERED.**

Signed: March 24, 2015

Frank D. Whitney
Chief United States District Judge